O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7318 AHM (PLAx) | Date | October 9, 2009 |
|---|---|---|---|
| Title | CHARLES MANZANARES v. QUALITY LOAN SERVICE CORP., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On October 8, 2009, Plaintiff Charles Manzanares filed a motion for a Temporary Restraining Order ("TRO") to stop Defendant Quality Loan Service Corp. from foreclosing on his residence.  The motion was filed with the Court at 4:10 p.m. on October 8, 2009, after the foreclosure had evidently been completed at 10:30 a.m. that day, according to the moving papers.  On that basis, the motion for the TRO was moot when received, and is DENIED as moot.

Moreover, the service of the motion on Defendants appears to be inadequate, and the motion for the TRO is DENIED on that basis, as well.

                                                                                           :
                                                        Initials of Preparer          SMO