**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
Melissa Robbins, Esq. (SBN: 246723)
Matthew Duarte, Esq. (SBN: 259477)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

Attorneys for Defendants,
OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MANZANARES,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE, CORP.; ONEWEST BANK FSB; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; UNKNOWN SHELL COMPANY; UNKNOWN TRUSTEE FOR UNKNOWN TRUST; UNKNOWN MASTER SERVICER; UNKNOWN HOLDER OF THE NOTE,<br><br>Defendants. | Case No. CV09 7318-AHM (PLAX)<br><br>[PROPOSED] JUDGMENT<br><br>Complaint Filed: October 7, 2009<br>Trial Date: None |

On January 4, 2010, the Court granted Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc. ("DEFENDANTS")' Motion to Dismiss Plaintiff CHARLES MANZANARES ("PLAINTIFF")'s Complaint. The Court further allowed PLAINTIFF 15 days to file an amended complaint to cure the defects in the first Complaint. To date, PLAINTIFF has not filed an amended complaint.

///
///

1
[PROPOSED] JUDGMENT

1  As PLAINTIFF has failed to amend his Complaint within the time allowed
2  by the Court, and for the reasons explained in DEFENDANTS' Motion to Dismiss,
3  the Court hereby DISMISSES THE CASE. ~~WITH PREJUDICE.~~   *AHM*
4  SO ORDERED.

6  Dated: 1/26/2010    By: _____
7  Hon. A. Howard Matz
   Judge of United States District Court

---

2
**[*PROPOSED*] JUDGMENT**